# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: HEDELIZA E. FULGAR  
PO BOX 495  
SHANNON, IL  61078  

SSN-xxx-xx-4472

Case Number: 04-73032

Case filed on: 6/10/2004  
Plan Confirmed on: 1/21/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $31,300.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 012 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ILLINOIS DEPARTMENT OF REVENUE | 7,467.85 | 7,467.85 | 7,467.85 | 407.39 |
|  | Total Priority | 7,467.85 | 7,467.85 | 7,467.85 | 407.39 |
| 999 | HEDELIZA E. FULGAR | 0.00 | 0.00 | 1,360.76 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,360.76 | 0.00 |
| 001 | CARLYLE AUTO SALES | 2,000.00 | 2,000.00 | 2,000.00 | 271.33 |
| 002 | LASALLE NATIONAL BANK ET AL | 73,938.38 | 0.00 | 0.00 | 0.00 |
| 003 | FIRST STATE BANK OF SHANNON | 3,968.28 | 3,968.28 | 3,968.28 | 0.00 |
| 009 | FIRST STATE BANK OF SHANNON | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CARROLL COUNTY TREASURER | 1,814.00 | 1,814.00 | 1,814.00 | 246.09 |
|  | Total Secured | 81,720.66 | 7,782.28 | 7,782.28 | 517.42 |
| 001 | CARLYLE AUTO SALES | 448.67 | 448.67 | 448.67 | 21.95 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 2,445.86 | 2,445.86 | 2,445.86 | 133.50 |
| 006 | LINA RUTH CARBONELLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | PORTFOLIO RECOVERY ASSOCIATES | 2,188.60 | 2,188.60 | 2,188.60 | 107.50 |
| 008 | MUTUAL MANAGEMENT SERVICES | 674.28 | 674.28 | 674.28 | 33.02 |
| 010 | RESURGENT CAPITAL SERVICES | 2,755.27 | 2,755.27 | 2,755.27 | 135.32 |
| 011 | CARROLL COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 8,512.68 | 8,512.68 | 8,512.68 | 431.29 |
|  | Grand Total: | 100,565.19 | 26,626.81 | 27,987.57 | 1,356.10 |

Total Paid Claimant: $29,343.67  
Trustee Allowance: $1,956.33  
Percent Paid Unsecured: 100.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008          By  /s/Heather M. Fagan